```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G.W. AND A.W., INDIVIDUALLY AND ON BEHALF OF H.W.,

    Plaintiffs,

  -against-

NEW YORK CITY PUBLIC SCHOOLS,

    Defendant.

25-CV-7315 (JLR) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

    The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, and for report and recommendation on dispositive motions, if any, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). All pretrial motions and applications, including those related to scheduling and discovery must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

### Joint Status Letter

    On September 5, 2025, the Hon. Jennifer L. Rochon, United States District Judge, directed the parties to do two things no later than **September 19, 2025**: (1) file a joint letter indicating whether there is any need for discovery or an initial conference in this case, and, if there is no such need, to propose a briefing schedule for any motions; and (2) either consent to the assigned Magistrate Judge's jurisdiction for all further proceedings, or advise the Court that the parties do not consent. (Dkts. 5, 6.) However, insofar as the record reflects, plaintiff has not yet served the summons and complaint.

    **Any request to extend the deadline set by the District Judge must be made before September 19, 2025.**

**General Pretrial Management**

Parties and counsel are cautioned:

1. Requests to adjourn a court conference or other court proceeding (including a telephonic court conference), or to extend a deadline, must be made in writing and in compliance with § 2(a) of Judge Moses's Individual Practices. Telephone requests for adjournments or extensions will not be entertained.

2. In accordance with § 1(d) of Judge Moses's Individual Practices, letters and letter-motions are limited to four pages, exclusive of attachments. Courtesy copies of letters and letter-motions filed via ECF are required only if the filing contains voluminous attachments. Courtesy copies should be delivered promptly, should bear the ECF header generated at the time of electronic filing, and should include tabs for the attachments.

3. If you are aware of any party or attorney who should receive notice in this action, other than those currently listed on the docket sheet, please notify Courtroom Deputy Tamika Kay at (212) 805-0228 immediately.

4. Counsel for the plaintiff must serve a copy of this Order on any defendant previously served with the summons and complaint, must serve this Order along with the summons and complaint on all defendants served hereafter, and must file proof of such service with the Court.

Dated: New York, New York  
       September 9, 2025

SO ORDERED.

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**